# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MOHAMMED KAMAL,

    Petitioner,

v.                                                CASE NO. 4:09cv443-RH/WCS

ERIC H. HOLDER, JR.,
etc., et al.,

    Respondents.

_____/

## ORDER DENYING PETITION

This case is before the court on the magistrate judge's report and recommendation (document 20). No objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is DENIED without prejudice." The clerk must close the file.

    SO ORDERED on May 11, 2010.

                                                  s/Robert L. Hinkle
                                                  United States District Judge